# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND (A/K/A TULANE UNIVERSITY), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IPSEN PHARMA, S.A.S. (F/K/A SOCIETE CONSEILS DE RECHERCHES ET D'APPLICATIONS SCIENTIFIQUES SAS), *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    **Civil Case No. 09-2428 (RJL)** |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

_14_ day of March, 2011, hereby

**ORDERED** that the defendant Ipsen S.A.'s Motion to Dismiss [#22] is

**GRANTED**, and it is further

**ORDERED** that Count I against Ipsen S.A. be **DISMISSED** with prejudice; and

it is further

**ORDERED** that the remaining counts against Ipsen S.A. be **DISMISSED** without

prejudice.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge