UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND (A/K/A TULANE UNIVERSITY), *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Case No. 09-2428 (RJL) |
| IPSEN PHARMA, S.A.S. (F/K/A SOCIETE CONSEILS DE RECHERCHES ET D'APPLICATIONS SCIENTIFIQUES SAS), | ) ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 2nd day of December, 2011, hereby

**ORDERED** that the defendant Ipsen Pharma, S.A.S.'s Motion to Dismiss [#58] is **GRANTED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge